175 So.2d 303

**BROADVIEW SEAFOODS, INC. and Insurance Company of North America**

v.

**Stanley PIERRE and Traders and General Insurance Company.**

**No. 47763.**

June 7, 1965.

In re: Broadview Seafoods, Inc. and Insurance Company of North America applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 173 So.2d 37.

Writ granted, but limited to the subrogation claim of the Insurance Company of North America against the defendants. In all other respects the application is denied.

175 So.2d 644

**Aubrey COLSTON**

v.

**GREAT AMERICAN INSURANCE COMPANY et al.**

**No. 47774.**

June 8, 1965.

In re: Great American Insurance Company and Selma Vines applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Sabine. 173 So.2d 848.

Writs refused. No error of law under the facts of this case.

HAMITER and SUMMERS, JJ., are of the opinion that the writ should be granted.